**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ORG STRUCTURE INNOVATIONS, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>SAILPOINT TECHNOLOGIES, INC.,<br><br>               Defendant. | Civil Action No. 1:12-cv-1465-SLR<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the terms of a confidential Settlement Agreement and Release fully executed on October 3, 2013 and Fed. R. Civ. P. 41(a)(2), Plaintiff, ORG Structure Innovations, LLC ("ORG Structure") and Defendant Sailpoint Technologies, Inc., ("SailPoint"), hereby stipulate as follows:

(a) ORG Structure's claims in this action are dismissed WITH PREJUDICE.

(b) SailPoint's counterclaims in this action are dismissed WITHOUT PREJUDICE.

(c) Each party shall bear its own costs, expenses, and attorneys' fees through the date of this dismissal.

Subject to the Court's approval, the Court shall retain jurisdiction to enforce Section 14.3 of the Settlement Agreement and Release.

| | |
|---|---|
| FARNEY DANIELS PC<br><br>*/s/Tim Devlin*<br>Tim Devlin (#4241)<br>1220 N. Market Street, Ste. 850<br>Wilmington, DE 19801<br>(302)300-4626<br>TDevlin@farneydaniels.com<br><br>AND | POTTER ANDERSON & CORROON LLP<br><br>*/s/David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000 |

2

| | |
|---|---|
| Stamatios Stamoulis (#4606) | rhorwitz@potteranderson.com |
| stamoulis@swdelaw.com | dmoore@potteranderson.com |
| Richard C. Weinblatt (#5080) | bpalapura@potteranderson.com |
| weinblatt@swdelaw.com | |
| STAMOULIS & WEINBLETT LLC | *Attorneys for Sailpoint Technologies, Inc.* |
| Two Fox Point Center | |
| 6 Denny Road, Suite 307 | |
| Wilmington, DE 19809 | |
| (302) 999-1540 | |

*Attorneys for ORG Structure Innovations, LLC*

    SO ORDERED, this _____ day of _____, 2013.

                                                                                                    United States District Judge